TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES J. GAETA
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Gaeta@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN FLORES<br><br>Defendant. | Case No.: 3:25-CR-00039-MMD-CLB<br><br>**NOTICE OF APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that James Gaeta, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated: July 1, 2026.

Respectfully Submitted,

/s/ Todd Blanche
Acting Attorney General

*/s/ James J. Gaeta*
JAMES J. GAETA
Assistant United States Attorney